JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0622 MMC |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 24, 2009, TO JULY 29, 2009 |
| JESUS FRANCISCO BRAVO-GARCIA, ) a/k/a Jose Luis Castillo-Garcia, ) | |
|    Defendant. ) | |

   The parties appeared before the Honorable Maxine M. Chesney, on June 24, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

   1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 24, 2009, to July 29, 2009, in light of the need for defendant's counsel to further review discovery and to investigate facts material to the disposition of this matter. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to further review the discovery with the defendant.

//

1    2. Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from June 24, 2009, to July 29, 2009, outweigh the best interest of the
3  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4     3. Accordingly, and with the consent of the defendant, the Court ordered that the period
5  from June 24, 2009, to July 29, 2009, be excluded from Speedy Trial Act calculations under 18
6  U.S.C. § 3161(h)(7)(A) & (B)(iv).

        IT IS SO STIPULATED.

DATED: June 24, 2009                          /s/
                                       SHAWN HALBERT
                                       Counsel for Jose Luis Castillo-Garcia

DATED: June 24, 2009                          /s/
                                       DARYL T. EREMIN
                                       Special Assistant United States Attorney

        IT IS SO ORDERED.

DATED: June 26, 2009
                                       THE HON. MAXINE M. CHESNEY
                                       United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0622 MMC                         2