BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JESUS BRAVO-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS BRAVO-GARCIA ) <br> ) <br> Defendant. ) <br> _____ ) | CR-09-0622 MMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM OCTOBER 14, 2009 TO NOVEMBER 18, 2009 |

 The parties are scheduled to appear before this Court on October 14, 2009 at 2:30 p.m. for sentencing.

 The defense requests that the sentencing date be continued to November 18, 2009 or some date thereafter convenient to the Court for the following reasons: (1) The probation interview did not take place until September 15, 2009, due to the schedules of defense counsel and the probation officer and the need to schedule a contact visit at the jail with an interpreter; and (2) undersigned defense counsel has requested but not yet received documents relating to defendant's underlying prior convictions. Based on the foregoing reasons, the government does

/ / /

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER
CR-09-0622 MMC   1

1  not object to the continuance of the sentencing date.
2  SO STIPULATED:
3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4
5
6  DATED:   September 21, 2009                   _____/s/_____
                                                 DARYL EREMIN
7                                                Assistant United States Attorney
8
9  DATED:   September 21, 2009                   _____/s/_____
                                                 SHAWN HALBERT
10                                               Assistant Federal Public Defender
11
12
13     For the reasons stated above, the Court continues the sentencing date in this matter from
14  October 14, 2009 to November 18, 2009 at 2:30 p.m.
15
16  SO ORDERED.
17
18
19  DATED:  September 25, 2009                   _____
20                                                THE HONORABLE MAXINE M. CHESNEY
                                                  United States District Judge
21
22
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER
CR-09-0622 MMC                                                                                    2