1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant JESUS BRAVO-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>JESUS BRAVO-GARCIA  )<br>  )<br>   Defendant.  )<br>_____ ) | CR-09-0622 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>DATE FROM NOVEMBER 18, 2009 TO<br>DECEMBER 9, 2009 |

   The parties are scheduled to appear before this Court on November 18 , 2009 at 2:30 p.m. for sentencing.  The defense requests that the sentencing date be continued to December 9, 2009 because, due to a clerical error, defense counsel did not receive a final PSR until November 12, 2009; defense counsel is not available for a December 2, 2009 sentencing date.  The government and U.S. Probation have no objection to the continuance and are available on that date.

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: November 16, 2009            _____/s/_____
                                    DARYL EREMIN
                                    Special Assistant United States Attorney


DATED: November 16, 2009            _____/s/_____
                                    SHAWN HALBERT
                                    Assistant Federal Public Defender

STIP. & [PROPOSED] ORDER
CR-09-0622 MMC                                                                    1

**ORDER**

For the reasons stated above, the Court continues the sentencing date in this matter from November 18, 2009 to December 9, 2009 at 2:30 p.m.

SO ORDERED.

DATED: November 17, 2009

THE HONORABLE MAXINE M. CHESNEY
United States District Judge